

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-07-434-CR

MICHAEL MOSS                                                      APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

## FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

Correction: FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the appellant's "Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. TEX. R. APP. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See id.;* TEX. R. APP. P. 43.2(f).

PER CURIAM

PANEL D:   DAUPHINOT, HOLMAN, and GARDNER, JJ.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

DELIVERED: May 8, 2008

---

[1] *See* TEX. R. APP. P. 47.4.